IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE ODETTE LANCASTER, | No. CIV.S-03-2342 FCD DAD |
| Plaintiffs, | |
| v. | ORDER |
| COUNTY OF YOLO, et al., | |
| Defendants. | |

This matter came before the court on September 16, 2005, for hearing on the Yolo County defendants' motion to compel the further deposition of plaintiff and initial disclosures. Dan Karklash specially appeared for Gary Gorski, the counsel of record for plaintiff. Cori R. Sarno appeared on behalf of the Yolo County defendants. Having considered all written materials filed in connection with the motion, and after hearing oral argument, for the reasons discussed on the record during the hearing, IT IS HEREBY ORDERED that defendants' motion is granted in part as follows:

/////

1

1    Plaintiff shall make herself available for an additional
2 seven (7) hours of deposition.  Both sides shall make initial
3 disclosures in accordance with Federal Rule of Civil Procedure 26
4 within two weeks of the date of the hearing on defendants' motion.
5 Defendants' request for sanctions is denied.
6    IT IS SO ORDERED.
7 DATED: September 20, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
DDAD1\orders.civil\lancaster2342.oah.2

2