1  CAROLEE G. KILDUFF, ESQ., SB No. 107232   (SPACE BELOW FOR FILING STAMP ONLY)
   CORI R. SARNO, ESQ., SB No. 230559
2  **ANGELO, KILDAY & KILDUFF**
3  Attorneys at Law
   601 University Avenue, Suite 150
4  Sacramento, CA  95825
   Telephone:  (916) 564-6100
5  Telecopier:  (916) 564-6263

6  Attorneys for Defendants COUNTY OF YOLO,
7  YOLO COUNTY SHERIFF'S DEPARTMENT, ED PRIETO and KEN FISCH

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

11 
   RENEE ODETTE LANCASTER           )  Case No.: CIV-S-03-2342 FCD/DAD
12                                  )
                   Plaintiff,       )  **STIPULATION AND ORDER RE THE**
13                                  )  **CARLSON INVESTIGATION AND**
           vs.                      )  **SUPPORTING DOCUMENTS**
14                                  )
15 COUNTY OF YOLO, COUNTY OF YOLO,  )
   SHERIFF'S DEPARTMENT; SHERIFF ED )
16 PRIETO, INDIVIDUALLY AND IN HIS  )
   OFFICIAL CAPACITY; SGT. KEN FISCH,)
17                                  )
18                 Defendants.      )
                                    )
19 ─────────────────────────────────

20      WHEREAS the Plaintiff has requested Defendants produce all documents in our

21 possession, custody or control which relate to any incident involving Plaintiff, including, but not

22 limited to, "incident reports, Internal Affairs reports and documents, divisional investigations,

23 inquiries, arrest reports, complaint reports, correspondence, letters, notes, messages, recordings,

24 search warrants, and crime reports;"

25      WHEREAS the Plaintiff's name is mentioned, and several incidents involving Plaintiff

26 are used as examples throughout the external assessment on trust, communications, morale, and

27 any perceived hostility or harassment within the Yolo County Sheriff's Department ("Carlson

28 Investigation"), and;

WHEREAS portions of the Carlson Investigative Report, contain statements by witnesses and supporting documents which are legitimately subject to various privileges such as self-critical analysis, work product, deliberative process, privacy, official information;

WHEREAS the Carlson Investigation was intended and warranted to be a confidential investigation;

WHEREAS Defendants are willing to produce the entire Carlton Investigation, witness statements and its supporting documents without redaction, provided Plaintiff agrees to stipulate to an order to maintain the confidentiality of these documents, use them solely for the purposes of this litigation and maintain their confidentiality to the fullest extent possible.

THEREFORE, THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL, HEREBY STIPULATE:

1. Defendants will provide Plaintiff with an un-redacted copy of the Carlson Investigation, witness statements, and supporting documents;

2. Plaintiff's counsel agrees that the documents provided to them as part of, or in connection with the Carlson Investigation, will not be used for any purpose outside of the present litigation;

3. Plaintiff's counsel agrees that confidentiality of these documents will be maintained and not provided to any third-party not involved in this litigation;

4. Plaintiff's counsel agrees that if they submit any of the aforementioned documents to the court in this case, said documents will be submitted in an envelope marked "Confidential Internal Investigatory File"; and

5. Plaintiff's counsel agrees that at the conclusion of this litigation, after judgment has been entered and the time for appeal has passed, the aforementioned documents in their files will be destroyed.

6. This order is deemed to comply with Local Rule 39-138(b) with respect to all documents submitted pursuant thereto. After final disposition of the case, the parties shall request that either the documents filed under seal be unsealed or withdrawn from the custody of the Clerk by the filing party.

| | |
|---|---|
| Dated: September 20, 2005 | ANGELO, KILDAY & KILDUFF |
| | /s/ CORI R. SARNO |
| | By:_____ |
| | CORI R. SARNO |
| | Attorneys for Defendants |
| | COUNTY OF YOLO, |
| | YOLO COUNTY SHERIFF'S |
| | DEPARTMENT, ED PRIETO and KEN FISCH |
| Dated: September 20, 2005 | LAW OFFICES OF GARY W. GORSKI |
| | /s/ GARY W. GORSKI |
| | By:_____ |
| | GARY W. GORSKI |
| | DANIEL M. KARALASH |
| | Attorneys for Plaintiff, |
| | RENEE ODETTE LANCASTER |

**IT IS SO ORDERED.**

**Dated:   September 30, 2005**

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

1
2  Ddad1/orders.civil/lancaster2342.stipord
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-
STIPULATION AND ORDER RE THE CARLSON INVESTIGATION AND SUPPORTING DOCUMENTS