IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE ODETTE LANCASTER, | No. CIV.S-03-2342 FCD DAD |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF YOLO, et al., | |
| Defendants. | |
| _____/ | |

     This matter came before the court on January 5, 2007, for hearing on the Yolo County defendants' motion to compel the further discovery responses and plaintiff's motion to overrule objections, compel further discovery responses, compel depositions, allow late-filed responses to requests for admission and compel disclosures. Gary Gorski appeared for plaintiff.  J. Scott Smith appeared on behalf of the Yolo County defendants.  Having considered all written materials filed in connection with the motions, and after hearing oral argument, for the reasons set forth in detail on the record

/////

1

1  during the hearing, IT IS HEREBY ORDERED that the motions of both
2  plaintiff and defendants are granted in part as follows:
3       Plaintiff shall provide supplemental responses to
4  interrogatories within ten days of the date of this order.
5       Defendants shall provide supplemental responses to
6  interrogatories Nos. 2, 4, 5 and 6 and verifications with respect to
7  their responses to interrogatories within ten days of the date of
8  this order.
9       Plaintiff is granted relief with respect to the late-filed
10 responses to defendants' requests for admissions.
11      In all other respects the parties' motions are denied
12 without prejudice.
13      IT IS SO ORDERED.
14 DATED: January 5, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.civil\lancaster2342.oah.010507

2