1 | CAROLEE G. KILDUFF, ESQ., SB No. 107232   (SPACE BELOW FOR FILING STAMP ONLY)
2 | CORI R. SARNO, ESQ., SB No. 230559
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants COUNTY OF YOLO,
YOLO COUNTY SHERIFF'S DEPARTMENT,
ED PRIETO and KEN FISCH

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| RENEE ODETTE LANCASTER | ) Case No.: CIV-S-03-2342 FCD/DAD |
|---|---|
| Plaintiff, | ) **STIPULATION AND REQUEST FOR AN** |
| vs. | ) **ORDER MODIFYING PRE-TRIAL** |
|  | ) **ORDER** |
| COUNTY OF YOLO, COUNTY OF YOLO, SHERIFF'S DEPARTMENT; SHERIFF ED PRIETO, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; SGT. KEN FISCH, | ) |
| Defendants. | ) |

WHEREAS the instant lawsuit arises out of the Plaintiff's employment with the Yolo County Sheriff's Department;

WHEREAS Ms. Lancaster filed an appeal regarding the decision to terminate her employment and a hearing, before Administrative Law Judge ("ALJ") Joe H. Henderson, was held on March 8 and 15, 2006 and concluded on April 7, 2006;

WHEREAS a stay was issued pending resolution of the administrative matter, and said stay was lifted, thereby causing to be filed an Amended Status (Pretrial Scheduling) Order filed on November 15, 2006, though requiring experts to be disclosed in May 2006;

WHEREAS the parties agree that the appropriate dates for expert witness disclosures

should be March 5, 2007 for simultaneous disclosure of regular expert witnesses and reports, and regular expert depositions to be conducted by March 23, 2007, and March 26, 2007 for designation of rebuttal experts, with all rebuttal expert depositions to be conducted by April 15, 2007, and;

WHEREAS the parties agree that remaining depositions have to be coordinated around one very sick witness employed by the County of Yolo, and two currently employed witnesses, and that in the spirit of coordinating their depositions, time has come close to discovery cut-off. Hence, the following depositions are to take place as follows for the benefit of the deposed witnesses/parties on February 8, 2007 (or a time otherwise so agreed upon for the convenience of the parties): 9:30 a.m. Julie Medina; 11:00 a.m. Renee Lancaster; and 1:30 Robin Faille. It is further agreed that a stipulation on the record will take place with a wage schedule between Deputy and Sergeant so that the person most knowledgeable does not have to appear as a witness, and that the spreadsheet prepared by the County of Yolo witness will be authenticated as true and accurate for admissibility purposes;

WHEREAS the parties agree to handle all further discovery disputes via telephone conference call with the Magistrate Judge (as he offered on the record) and that his orders on the record at a deposition are binding, as this has been the past practice in discovery thus far.

THEREFORE, THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL, HEREBY STIPULATE THAT:

1. The interests of justice and the costs and burden, not only to the Parties but to the Court, associated with the discovery of issues that will be expedited, the parties agree that remaining depositions are to take place on or about February 8, 2007 (or a time otherwise so agreed upon for the convenience of the parties): 9:30 a.m. Julie Medina; 11:00 a.m. Renee Lancaster; and 1:30 Robin Faille. If for some reason one or all the witnesses are not available, discovery cut-off shall not apply to these three witnesses. It is further agreed that a stipulation on the record will take place with a wage schedule prepared by the County of Yolo between Deputy and Sergeant so that the person most knowledgeable does not have to appear as a witness, and that the spreadsheet prepared by the County of Yolo witness will be authenticated on the record

1  as true and accurate for admissibility purposes; all further discovery disputes shall be handled via
2  telephone conference call with the Magistrate Judge and that his orders on the record are binding,
3  as this has been the past practice in discovery thus far and per the Magistrate Judge's offer to
4  resolve discovery disputes in this manner.

5      2.    The parties agree modification of the Amended Status (Pretrial Scheduling) Order
6  whereas expert witness disclosures shall be March 5, 2007 for simultaneous disclosure of regular
7  expert witness and reports, and regular expert depositions to be conducted by March 23, 2007,
8  and March 26, 2007 for designation of rebuttal experts, with all rebuttal expert depositions to be
9  conducted by April 15, 2007.

10      3.    The time remaining for all other law and motion, and other pre-trial matters shall
11  remain the same.

Dated: February 6, 2007

      /s/ Carolee G. Kilduff
By:_____
CAROLEE G. KILDUFF
CORI R. SARNO
Attorneys for Defendants
COUNTY OF YOLO,
YOLO COUNTY SHERIFF'S
DEPARTMENT, ED PRIETO and KEN FISCH

Dated: February 6, 2007

      /s/ Gary W. Gorski
By:_____
GARY W. GORSKI
Attorney for Plaintiff LANCASTER

**IT SO ORDERED.**

Date: February 14, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE