| | |
|---|---|
| CAROLEE G. KILDUFF, ESQ., SB No. 107232 | (SPACE BELOW FOR FILING STAMP ONLY) |
| CORI R. SARNO, ESQ., SB No. 230559 | |

**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants COUNTY OF YOLO,
YOLO COUNTY SHERIFF'S DEPARTMENT,
ED PRIETO and KEN FISCH

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE ODETTE LANCASTER | Case No.: CIV-S-03-2342 FCD/DAD |
| Plaintiff, | **ORDER RE DEFENDANTS' REQUEST FOR PAGE LIMIT EXTENSION** |
| vs. | |
| COUNTY OF YOLO, COUNTY OF YOLO, SHERIFF'S DEPARTMENT; SHERIFF ED PRIETO, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; SGT. KEN FISCH, | **TRIAL DATE:  9/18/07** |
| | **Judge:  Honorable Frank C. Damrell, Jr.** |
| | **"AS MODIFIED"** |
| Defendants. | |

Based on the Request for Page Limit Extension filed by Defendants, COUNTY OF YOLO, YOLO COUNTY SHERIFF'S DEPARTMENT, SHERIFF ED PRIETO and KEN FISCH, the court shall grant leave for Defendants to file a memorandum of points and authorities in support of summary judgment to exceed the court's page limit, however, the court modifies the request and the brief shall not exceed thirty five (35) pages in length.  In light of this extension, any opposition may also exceed the Court's page limit, but may not be more than thirty five (35) pages in length.  Any reply memorandum shall not exceed twenty (20) pages in length.  IT IS SO ORDERED.

DATED: April 6, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

1