CAROLEE G. KILDUFF, ESQ., SB No. 107232     (SPACE BELOW FOR FILING STAMP ONLY)
CORI R. SARNO, ESQ., SB No. 230559
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants COUNTY OF YOLO,
YOLO COUNTY SHERIFF'S DEPARTMENT,
ED PRIETO and KEN FISCH

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE ODETTE LANCASTER ) | Case No.: CIV-S-03-2342 FCD/DAD |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| vs. ) | **MODIFYING PRE-TRIAL ORDER** |
| ) | |
| COUNTY OF YOLO, COUNTY OF YOLO, ) | |
| SHERIFF'S DEPARTMENT; SHERIFF ED ) | |
| PRIETO, INDIVIDUALLY AND IN HIS ) | |
| OFFICIAL CAPACITY; SGT. KEN FISCH, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

WHEREAS upon lifting the stay in this case the Court issued an Amended Status (Pretrial Scheduling) Order on November 15, 2006;

WHEREAS the Court's Amended Scheduling order issued on November 15, 2006 indicated that experts were to be disclosed by May 2006 and that date had already passed;

WHEREAS due to scheduling conflicts the depositions of Lt. Robin Faille and the continued deposition of the Plaintiff were not completed until March 29, 2007;

WHEREAS the parties agree that in order to provide their experts with all testimony, the appropriate dates for expert witness disclosures and discovery based on the Amended Order and the procedural posture of the case would be as follows: April 13, 2007 for simultaneous

1 disclosure of reports prepared by previously identified expert witnesses and regular expert
2 depositions to be conducted by April 27, 2007, and May 11, 2007 for designation of rebuttal
3 experts, with all rebuttal expert depositions to be conducted by May 29, 2007, and;

4     WHEREAS the parties agree to handle all further discovery disputes via telephone
5 conference call with the Magistrate Judge (as he offered on the record) and that his orders on the
6 record at a deposition are binding, as this has been the past practice in discovery thus far.

7     THEREFORE, THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL,
8 HEREBY STIPULATE THAT:

9     1. The parties agree modification of the Amended Status (Pretrial Scheduling) Order
10 whereas expert witness disclosures shall be April 13, 2007 for simultaneous disclosure of the
11 reports of previously identified expert witnesses and regular expert depositions are to be
12 conducted by April 27, 2007, and May 11, 2007 for designation of rebuttal experts, with all
13 rebuttal expert depositions to be conducted by May 29, 2007.

14     2. The time remaining for all other law and motion, and other pre-trial matters shall
15 remain the same.

16 Dated: April 6, 2007

ANGELO, KILDAY & KILDUFF

*/s/ Carolee G. Kilduff*

By:_____
   CAROLEE G. KILDUFF
   CORI R. SARNO
   Attorneys for Defendants
   COUNTY OF YOLO, YOLO COUNTY
   SHERIFF'S DEPARTMENT,
   ED PRIETO and KEN FISCH

22 Dated: April 6, 2007

*/s/ Gary W. Gorski*

By:_____
   GARY W. GORSKI
   Attorney for Plaintiff LANCASTER

25 I:\CGK\Lancaster\PLEADINGS\StipForRequestModifyingOrder.doc

**IT IS SO ORDERED.**

28 Date: April 6, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE