1  CAROLEE G. KILDUFF, ESQ., SB No. 107232
   CORI R. SARNO, ESQ., SB No. 230559
2  **ANGELO, KILDAY & KILDUFF**
3  Attorneys at Law
   601 University Avenue, Suite 150
4  Sacramento, CA  95825
   Telephone:  (916) 564-6100
5  Telecopier:  (916) 564-6263

6
   Attorneys for Defendants COUNTY OF YOLO,
7  YOLO COUNTY SHERIFF'S DEPARTMENT,
   ED PRIETO and KEN FISCH
8
9                    **UNITED STATES DISTRICT COURT**

10                   **EASTERN DISTRICT OF CALIFORNIA**

11

12 | RENEE ODETTE LANCASTER | ) | Case No.: CIV-S-03-2342 FCD/DAD |
   |---|---|---|
13 |                        | ) |                                  |
   | Plaintiff,             | ) | **ORDER RE DEFENDANTS' EX PARTE** |
14 |                        | ) | **REQUEST FOR AN EXTENSION OF**   |
   | vs.                    | ) | **TIME TO FILE REPLY PAPERS TO**  |
15 |                        | ) | **PLAINTIFF'S OPPOSITIONS TO**    |
   | COUNTY OF YOLO, COUNTY OF YOLO, | ) | **DEFENDANTS' MOTION FOR** |
16 | SHERIFF'S DEPARTMENT; SHERIFF ED | ) | **SUMMARY JUDGMENT AND MOTION** |
   | PRIETO, INDIVIDUALLY AND IN HIS | ) | **IN LIMINE TO EXCLUDE EXPERTS** |
17 | OFFICIAL CAPACITY; SGT. KEN FISCH, | ) | |
   |                        | ) | **Date:  June 22, 2007** |
18 | Defendants.            | ) | **Time:  10:00 a.m.** |
19 |                        | ) | **Ctrm:  2** |
   |                        | ) | **Judge: Hon. Frank C. Damrell, Jr.** |
20 |                        | ) | |

21         Based on the Ex Parte Request for an Extension of Time to File Reply Papers to
22 Plaintiff's Oppositions to Defendants' Motion for Summary Judgment filed by Defendants,
23 COUNTY OF YOLO, YOLO COUNTY SHERIFF'S DEPARTMENT, SHERIFF ED PRIETO
24 and KEN FISCH, leave is hereby granted to Defendants shall have until June 22, 2007, to file
25 their reply papers.  In light of this order the hearing date on all motions set for hearing on
26 June 22, 2007 are RESET for July 13, 2007 at 10:00 a.m.
27
   Dated: June 12, 2007
28
                                            _____
                                            FRANK C. DAMRELL, JR.
                                            UNITED STATES DISTRICT JUDGE