1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RENEE ODETTE LANCASTER,

11             Plaintiff,                    No. CIV S-03-2342 FCD DAD

12        v.

13   COUNTY OF YOLO, et al.,            ORDER SETTING HEARING ON
                                        DEFENDANTS' APPLICATION FOR
14             Defendants.              ORDER ENFORCING PROTECTIVE ORDER

15   _____/

16             Defendants have filed an ex parte application for an order enforcing the stipulated

17   protective order filed in this case on October 3, 2005.  Defendants' proposed order provides that

18   plaintiff and her attorneys shall be deemed in civil contempt for failure to comply with the order

19   within ten days of service.

20             Good cause appearing, IT IS HEREBY ORDERED that:

21             1.  Defendants' December 11, 2007 application for order will be heard by the

22   undersigned on **December 21, 2007, at 10:00 a.m.** in Courtroom No. 27.  Parties may appear

23   telephonically.  To arrange telephonic appearance, parties shall contact Pete Buzo, the courtroom

24   deputy of the undersigned, at (916) 930-4128 no later than three days prior to the hearing; and

25   /////

26   /////

                                        1

1       2.  Plaintiff shall file and serve a response to defendants' application on or before

2  December 19, 2007.

3  DATED: December 12, 2007.

4

5                                 _____

6                                   DALE A. DROZD
                                   UNITED STATES MAGISTRATE JUDGE

7  DAD:kw
    ddad1\orders.civil\lancaster2342.osh

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26