IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RENEE ODETTE LANCASTER,

    Plaintiff,    No. CIV S-03-2342 FCD DAD

    v.

COUNTY OF YOLO, et al.,

    Defendants.    ORDER TO SHOW CAUSE

_____/

    This court's December 21, 2007 order provides that plaintiff's counsel shall, on or before January 11, 2008, (1) destroy all copies of documents received in discovery in this action regarding the Carlson investigation, except for copies in the form submitted as part of the briefing on defendants' motion for summary judgment, and (2) file and serve a declaration of compliance. No declaration has been filed. IT IS ORDERED that plaintiff's attorneys of record shall show good cause in writing within ten days from the filing of this order why sanctions should not be imposed on them for failing to comply with the court's December 21, 2007 order.

DATED: January 22, 2008.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.civil/lancaster2342.osc.docdestr