IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RENEE ODETTE LANCASTER,

        Plaintiff,                        No. CIV S-03-2342 FCD DAD

    v.

COUNTY OF YOLO, et al.,

        Defendants.               <u>ORDER</u>

/

        The response to order to show cause filed by plaintiff's attorneys of record on February 4, 2008 demonstrates that counsel have now complied with the court's December 21, 2007 order requiring the destruction of certain documents. Accordingly, IT IS ORDERED that the order to show cause issued on January 23, 2008 is discharged.

DATED: February 4, 2008.

                                            DALE A. DROZD
                                            UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.civil/lancaster2342.osc.discharge